UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) ) ) |
| MARYANN MCLEOD CRUSH, | ) ) ) Chapter 11<br>) Case No.: 09-15351-FJB<br>) |
| Debtor | ) ) ) |

## REQUEST FOR NOTICE

Now comes Jonathon D. Friedmann of the law firm of Rudolph Friedmann LLP at 92 State Street, Boston, Massachusetts on behalf of interested party Pleasure Bay LLC and respectfully requests that all notices and filings in the above referenced matter be served upon him by electronic filing.

/s/ Jonathon D. Friedmann
Jonathon D. Friedmann, Esq.
BBO#: 180130
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
jfriedmann@rflawyers.com
Phone: (617) 723-7700
Fax:   (617) 227-0313

Dated: July 23, 2010