UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Maryann McLeod Crush                                  Case/AP Number 09-15351 -FJB
                                                             Chapter 11

    #170 Motion of Deutsche Bank for Relief from Automatic Stay Re: 595-595A East Sixth Street, South Boston, MA (P. Mulligan)
    #180 Opposition of Debtor (S. Shamban)

**COURT ACTION:**

_____ Hearing held
_____ Granted          _____ Approved          _____ Moot
_____ Denied           _____ Denied without prejudice          _____ Withdrawn in open court
_____ Overruled        _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order        _____ Released          _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In view of the death of Debtor's counsel, Stephen Shamban, and the lack of appearance to date of successor counsel, the 12/21/2010 hearing in this matter is canceled and will be rescheduled.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____ Dated: 12/16/2010
Frank J. Bailey
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: ncalvo                 Page 1 of 1                   Date Rcvd: Dec 16, 2010
Case: 09-15351                 Form ID: pdf012              Total Noticed: 5

The following entities were noticed by first class mail on Dec 18, 2010.
db          +Maryann McLeod Crush,   948 East Broadway,   South Boston, MA 02127-2325
aty         +Paul J. Mulligan,   Orlans Moran PLLC,   PO Box 962169,   45 School Street,
              Boston, MA 02108-3206
aty          Stephen E. Shamban,   Stephen E. Shamban Law Offices, P.C.,   222 Forbes Road, Suite 208,
              P.O. Box 850973,   Braintree, MA  02185-0973
intp        +Stephen E. Shamban Law Offices, P.C.,   P.O. Box 850973,   222 Forbes Rd.,
              Braintree, MA 02184-2738
The following entities were noticed by electronic transmission on Dec 16, 2010.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov                           John Fitzgerald,
              Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3934
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2010**                         **Signature:**  _Joseph Speetjens_