UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Maryann McLeod Crush

**Case/AP Number** 09-15351 **-FJB**
**Chapter** 11

#363 Motion of Debtor for Authority to Withdraw Motion RE: [360] Motion filed by Debtor Maryann McLeod Crush For Authority to Enter Into Secured Lending Transaction With X Five Funding LLC and Request for Expedited Consideration

**COURT ACTION:**

_____Hearing held
_____Granted        _____Approved        _____Moot
_____Denied         _____Denied without prejudice    _____Withdrawn in open court
_____Overruled      _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted:  the Debtor's Motion For Authority to Enter Into Secured Lending Transaction With X Five Funding LLC [doc. #360] is deemed withdrawn; and the 4/6/2011 hearing on that motion is canceled.

IT IS SO ORDERED:

*Frank J. Bailey*     Dated: 02/24/2011
_____
Frank J. Bailey
United States Bankruptcy Judge